MURIEL LABOY et al., on Behalf of Themselves and All Others Similarly Situated, Respondents, v EASTMAN KODAK COMPANY, Appellant.—Order unanimously affirmed without

costs for reasons stated at Supreme Court, Cornelius, J. (Appeal from order of Supreme Court, Monroe County, Cornelius, J.—dismiss complaint.) Present—Dillon, P. J., Callahan, Green and Davis, JJ.